# Exhibit A



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Apr 29 03:21:59 EDT 2015

[SS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[1ST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ___ OR Jump to record: ___  **Record 13 out of 2117**

[TSDR]  [ASSIGN Status]  [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

# DIRTY

| | |
|---|---|
| Word Mark | DIRTY |
| Goods and Services | IC 032. US 045 046 048. G & S: [ Concentrates, syrups or powders for making soft drinks or tea-flavored beverages; Concentrates, syrups or powders used in the preparation of soft drinks; Concentrates, syrups or powders used in the preparation of sports and energy drinks; ] Ice cream soda; Italian soda; Non-alcoholic beverages, namely, carbonated beverages; Soda pops; Soft drinks, namely, sodas. FIRST USE: 20100802. FIRST USE IN COMMERCE: 20100802 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 86027771 |
| Filing Date | August 2, 2013 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | April 22, 2014 |
| Change In Registration | CHANGE IN REGISTRATION HAS OCCURRED |
| Registration Number | 4611070 |
| Registration Date | September 23, 2014 |
| Owner | (REGISTRANT) SWIG HOLDINGS, LLC LIMITED LIABILITY COMPANY UTAH 989 E TABERNACLE ST ST. |

| | |
|---|---|
| ecord | Kerry W. Brown |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| SS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY