# Exhibit B



| | | |
|---|---|---|
| **Francine Giani**<br>*Executive Director*<br>Department of Commerce | **Gary Herbert**<br>*Governor*<br>State of Utah | **Kathy Berg**<br>*Director*<br>Division of Corporations<br>& Commercial Code |

SWIG HOLDINGS, LLC
50 EAST 100 SOUTH
SUITE 301
SAINT GEORGE UT  84770

Mark Title:
SWIG LOGO (STYLIZED TEXT WITH A STYLIZED IMAGE OF OVAL)

Access ID: 5401971



State of Utah
Department of Commerce
Division of Corporations & Commercial Code

## CERTIFICATE OF TRADEMARK
### SWIG LOGO (STYLIZED TEXT WITH A STYLIZED IMAGE OF OVAL)

| | |
|---|---|
| Registration Number: | 9393291-0190 |
| Registration Date: | 04/23/2015 |
| Expiration Date: | 04/23/2020 (unless timely renewed) |
| Applicant/Owner: | SWIG HOLDINGS, LLC |
| Applicant/Owner Address: | 50 East 100 South Suite 301 |
| Description: | Stylized image of the word SWIG within the outline of an oval. |
| Goods/services: | Services for providing food and drink |
| Date first used in Utah: | 03/01/2013 |
| Date of first use: | 03/01/2013 |
| Federal Application Filed?: | No |

The design mark image is available at the Division

This certifies that the above has been filed and approved in the office of the Division, which hereby issues this Certification thereof.

*Kathy Berg*
**KATHY BERG**
**Division Director**

